IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mays, Candice M | Case Number: 05 B 04676 |
| | Judge: Squires, John H |
| Printed: 7/29/08 | Filed: 2/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: April 23, 2008
Confirmed: April 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 15,074.00 | |
| Secured: | | 11,573.46 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,740.00 |
| Trustee Fee: | | 760.52 |
| Other Funds: | | 0.02 |
| Totals: | 15,074.00 | 15,074.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,740.00 | 2,740.00 |
| 2. | New Age Chicago Furniture Co | Secured | 500.00 | 373.94 |
| 3. | Nuvell Financial Services | Secured | 15,017.31 | 11,199.52 |
| 4. | Internal Revenue Service | Priority | 742.99 | 0.00 |
| 5. | New Age Chicago Furniture Co | Unsecured | 49.49 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 69.00 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 4.20 | 0.00 |
| 8. | Nuvell Financial Services | Unsecured | 908.71 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 1,065.63 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 147.50 | 0.00 |
| 11. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 12. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 13. | Ten Minute Loan | Unsecured | | No Claim Filed |
| 14. | University of Illinois | Unsecured | | No Claim Filed |
| 15. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 16. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | Keynote Consuling | Unsecured | | No Claim Filed |
| 19. | CRC Of Virginia Inc | Unsecured | | No Claim Filed |
| 20. | LaSalle National Bank | Unsecured | | No Claim Filed |
| 21. | Luebke Baker & Associate | Unsecured | | No Claim Filed |
| 22. | SBC | Unsecured | | No Claim Filed |
| 23. | South Division Credit Union | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,244.83 | $ 14,313.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Mays, Candice M                        Case Number:  05 B 04676
                                                    Judge:  Squires, John H
Printed: 7/29/08                                    Filed:  2/11/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 4%       | 55.44      |
| 3%       | 19.89      |
| 5.5%     | 275.71     |
| 5%       | 75.01      |
| 4.8%     | 137.37     |
| 5.4%     | 197.10     |
|          | _____ |
|          | $ 760.52   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

